# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTBERMBER 23, 2025

### NO.  03-25-00465-CV

**C. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order terminating parental rights signed by the trial court on June 10, 2025.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order.  Therefore, the Court affirms the trial court's termination order.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.